**File Hashes for IP Address 76.21.212.131**

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/08/2013 03:18:04 | A864021C51F93C83D98B9B079AB1EC2BE3C8881D | In Charge |
| 10/08/2013 01:32:58 | 1D69B6FCF94F144E6FA519F4A0944C6386483036 | The Journey |
| 09/15/2013 18:45:20 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 09/10/2013 02:46:53 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 09/09/2013 00:56:08 | 0F19626B61C0CA0EF90112077E3E848434B4CDB7 | Alone Is A Dream Left Behind |
| 08/25/2013 21:21:01 | 8F0659C53EBCEE4206DC62F82BE4FE2060615A49 | Spontaneous |
| 08/05/2013 01:45:56 | E55CD70A6B7CFE723BF879D98A060EE5CAD8B3D4 | Made for Each Other |
| 08/05/2013 00:36:25 | AAA5AA3D328CB3110332078BBDB1B76E612203C0 | Make me Feel Beautiful |
| 07/14/2013 01:10:10 | 15BA17CD92174349B7AF63FCF8FCDFDD434EC9DA | Hot Chocolate |
| 07/13/2013 01:39:58 | 07D2B5F0A3C56E400A6D71B8ABAE2AE7E7D4DED9 | Still With Me |
| 04/14/2013 02:28:35 | 605E628459306C8B65F8E0C8F655BB7D2656BD35 | Apartment Number Four |
| 03/20/2013 00:16:49 | 86BEBDF3C9089854BF4C8CB3E21AD8F72DB71A56 | Late for Work |
| 02/09/2013 00:23:12 | 8D0AEAD82415306FDA8265394D764D031AB5126C | Working Out Together |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

DC80