**Copyrights-In-Suit for IP Address 76.21.212.131**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 09/09/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/14/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/10/2013 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 07/14/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/08/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/20/2013 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 08/05/2013 |
| Make me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 08/05/2013 |
| Party Boat | PA0001862485 | 09/15/2013 | 09/18/2013 | 09/15/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/25/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 07/13/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/08/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/09/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  13**

EXHIBIT B

DC80